*E-FILED - 1/30/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL WILLIAMS, | No. C 05-3891 RMW (PR) |
| Petitioner, | ORDER GRANTING PETITIONER'S APPLICATION FOR ENLARGEMENT OF TIME TO FILE TRAVERSE |
| v. | |
| TOM L. CAREY, Warden, | |
| Respondent. | (Docket No. 33) |

Good cause appearing, petitioner's application for enlargement of time in which to file a traverse is GRANTED. Petitioner shall file a traverse on or before **February 16, 2009**.

This order terminates docket no. 33.

IT IS SO ORDERED.

DATED: 1/30/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order Granting Petitioner's Application for Enlargement of Time to File Traverse
P:\PRO-SE\SJ.Rmw\HC.05\Williams891eot.wpd