IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DARRELL WILLIAMS,                )     No. C 05-3891 RMW (PR)
                                 )
                  Petitioner,    )     JUDGMENT
                                 )
        vs.                      )
                                 )
WARDEN TOM L. CAREY,             )
                                 )
                  Respondent.    )
_____)

The court has denied the instant petition for a writ of habeas corpus on the merits.

Therefore, judgment is entered in favor of respondent. Petitioner shall take nothing by way of

his petition. The clerk shall close the file.

IT IS SO ORDERED.

DATED: _ 1/5/10 _____

_Ronald M. Whyte_
RONALD M. WHYTE
United States District Judge