*E-FILED - 11/30/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL WILLIAMS, ) | No. C 05-3891 RMW (PR) |
| ) | |
| Petitioner, ) | ORDER DENYING PETITIONER'S |
| ) | MOTION FOR LEAVE TO APPEAL IN |
| vs. ) | FORMA PAUPERIS |
| ) | |
| WARDEN TOM L. CAREY, ) | |
| ) | |
| Respondent. ) | |

On January 5, 2010, the court denied petitioner's petition for writ of habeas corpus and denied a certificate of appealability. After filing a timely notice of appeal, on April 22, 2010, petitioner filed a motion for leave to appeal in forma pauperis. Because the court certifies that the appeal is not taken in good faith, see 28 U.S.C. § 1915(a)(3), the motion is DENIED. Petitioner may renew the motion in the Court of Appeal. See Fed. R. App. P. 24(a).

IT IS SO ORDERED.

DATED: 11/30/10

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order Denying Petitioner's Motion for Leave to Appeal In Forma Pauperis
P:\PRO-SE\SJ.Rmw\HC.05\Williams891ifpapp.wpd