*E-FILED - 6/3/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL WILLIAMS,<br><br>        Petitioner,<br><br>  vs.<br><br>WARDEN TOM L. CAREY,<br><br>        Respondent. | No. C 05-3891 RMW (PR)<br><br>ORDER DENYING PETITIONER'S REQUEST FOR RECONSIDERATION AND REHEARING |

On January 5, 2010, the court denied petitioner's petition for writ of habeas corpus and denied a certificate of appealability. On April 14, 2011, petitioner filed a request for reconsideration and rehearing of his petition. He claims that he never received the order denying his petition, nor the judgment, and was not aware that his petition had been denied until March 25, 2011. There is no merit to petitioner's request. The docket sheet indicates that petitioner filed a timely notice of appeal, as well as a motion for leave to appeal in forma pauperis. Petitioner's request for reconsideration and rehearing is DENIED.

IT IS SO ORDERED.

DATED: \_\_\_6/3/11_____

                                          RONALD M. WHYTE
                                          United States District Judge